AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

RECEIVED
CLERK'S OFFICE

2015 NOV 12  PM 4: 55

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

United States of America )
v. )
David Roberts ) Case No. 5:15-mj-88
)
)
)
)
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Oct. 28, 2015 - Nov. 12, 2015  in the county of  Houston  in the  Middle  District of  Georgia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Attempted Online Enticement of a Minor (See attached charges) |

This criminal complaint is based on these facts:

See attached affidavit of AFOSI SA Aaron Agrelius

☑ Continued on the attached sheet.

_____
Complainant's signature

Aaron Agrelius, SA AFOSI
Printed name and title

Sworn to before me and signed in my presence.

Date: November 12, 2015

_____
Judge's signature

City and state:  Macon, Georgia

Charles H. Weigle, United States Magistrate Judge
Printed name and title

## ATTACHED CHARGES

### COUNT ONE
(Attempted Online Enticement of a Minor)

That between on or about October 28, 2015, and November 12, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere,

### DAVID ROBERTS

did use a facility of interstate and foreign commerce, that is the Internet and a mobile telephone, to knowingly attempt to persuade, induce, entice and coerce L.W., an individual he believed to be a thirteen (13) year old female, to engage in any sexual activity for which he could be charged with a criminal offense, that is Child Molestation under Georgia Code Section 16-6-4; all in violation of Title 18, United States Code, Section 2422(b).

## AFFIDAVIT OF S.A. AARON AGRELIUS

1. I, Aaron Agrelius, am a Special Agent with the Air Force Office of Special Investigations (AFOSI), Detachment 105, Robins Air Force Base, Georgia. I set forth this affidavit based upon my personal knowledge, my training and experience, information obtained during my participation in this investigation, review of documents, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is not intended to convey all the facts of the entire investigation, but rather to establish cause to support the request for a federal arrest warrant.

2. I have been a Special Agent with AFOSI since September 2012. I received training to be an AFOSI Special Agent through the United States Air Force Special Investigations Academy (USAFSIA) at the Federal Law Enforcement Training Center (FLETC), Glynco, Georgia. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, financial crimes, and various other criminal laws and procedures. I have been in military law enforcement since November 2003, when I attended the Security Forces Training Academy, Lackland Air Force Base Texas. In January 2007, I attended the United States Army Military Police Investigator School (USAMPS), at Ft. Leonard Wood Missouri, and held the position of Security Forces Criminal Investigator until May 2012. Furthermore I have received additional training to include an introduction to Internet Crimes Against Children course and Undercover Chat through the Georgia Bureau of Investigations (GBI). The Undercover Chat training trained me on how to establish an undercover identity, respond to and investigate online ads, preserve online evidence and how to utilize mobile devices and applications in an undercover capacity.

3. In this particular affidavit, it will be outlined that DAVID ROBERTS (hereinafter ROBERTS) was in communication with a person he believed to be a 13 year old female (hereinafter LISA), who was actually your affiant. ROBERTS solicited LISA for a sexual encounter and agreed to meet LISA for sexual encounter.

4. On or about 28 October 2015 AFOSI agents (under the persona of "LISA") posted a Craigslist ad in the casual encounters titled, "Y am I so bored." The ad stated "Y does base have to b so boring. Looking 4 some1 to hang wit after school…dnt be creepy or a jerk…military a plus, if u cnt get on base dnt bother cuz I dnt have a car to get off…" ROBERTS responded to the ad via Craigslist and engaged in an email conversation via GMAIL. The conversation between ROBERTS and LISA continued from 28 October 2015, through 12 November 2015.

1

5. Throughout the conversation with ROBERTS, LISA stated her age was 13 on separate occasions and made numerous references to her age throughout conversation. ROBERTS made several acknowledgments of LISA's age. On 28October 2015, ROBERTS asked LISA if she had ever been with an older guy, and when asked if he had ever been with a younger girl, ROBERTS stated that he and his wife had a 21 year old girlfriend before. On 30 October, 2015, during a conversation to meet in person, ROBERTS asked LISA what time she gets out of school.

6. ROBERTS stated he was a 44 year old male, described himself as 5'9" tall, 170 pounds from the Byron area. ROBERTS also sent a .jpg image depicting a female wearing a shear night gown exposing her breasts and genital area and a male posing next to her. ROBERTS stated the picture was of himself and his wife and provided the phone number of 478-334-4760 to text him on. ROBERTS stated he is a contract worker currently working on Robins Air Force Base, medical clinic renovations.

7. On or about 28 October 2015, Roberts and LISA engaged in an email conversation about possibly meeting in person. ROBERTS asked LISA " are u looking for fun behind closed doors may I see a pic of u babe". LISA inquired what ROBERTS would want to do if they were to meet and ROBERTS responded with the following "we can go around to the pond and sit and talk and if u want more u will have to make a move on me I love sucking on pussy and tittes. I wish I could find a lady I can come to there house knock on the door and she opens the door naked and I walk in and close the door and walk over to the couch and spread her legs open and eat her out". ROBERTS asked LISA if she liked kissing and what are her "donts". LISA responded that she did not know and for ROBERTS to let her know what he wanted her to do and she would tell him if it was okay or not. ROBERTS responded with "kiss touching the dick suck and maybe fuck".

8. On or about 30 October 2015, ROBERTS requested to meet LISA at the Burger King located on 10th Street, Robins Air Force Base GA. AFOSI special agents witnessed ROBERTS arrive in a white 2005 GMC Sierra truck, Georgia license plate PTD 7357, at the Burger King. ROBERTS entered the facility, looked around the dining room, ordered food and sat down. AFOSI agents were able to photograph ROBERTS and visually matched the person who showed up to the picture ROBERTS provided. AFOSI agents ran the license plate of ROBERTS' vehicle which came back to the same address agents had linked to the phone number ROBERTS provided in the chats.

9. On or about 02-04 November 2015, LISA and ROBERTS coordinated to meet on 06 November 2015. ROBERTS stated he would like to "suck on tittes and lick and suck u pussy". ROBERTS agreed to bring a condom and a wine cooler to the meet. ROBERTS agreed to bring the items and further stated "I want to put u on my shoulders and u pussy at my mouth and eat the hell out of u", and "im going to suck u tittes and eat and suck and lick and figure u pussy and if I can put my little figure in u ass and kiss u all over." LISA expressed concern that ROBERTS did not know she was 13 years old and asked ROBERTS if he knew. ROBERTS responded with "babe I know u are 13 and im ok with

2

it." ROBERTS and LISA continued to make preparations for the meet on 06 November 15.

10. On or about 05-06 November 15, ROBERTS and LISA continued to exchange emails about the proposed meet on 06 November 15. LISA informed ROBERTS that the meet could not happen that Friday, 6 November 15. LISA stated that her parents were still in town and would not be leaving until the following weekend. ROBERTS instructed LISA to figure out a date they could hang out. LISA informed ROBERTS her parents will be gone on Thursday 12 November 15 and they could get together then. ROBERTS responded by asking LISA for a picture of her breasts. ROBERTS stated "I wish I could atleast meet my sexy babe before Thursday and I really want to eat the hell out of that sweet pussy" and "my mouth and tongue is going to be all over u sexy".

11. On or about 08 November 15, ROBERTS further discussed their planned meeting with LISA on 12 November 15, by stating " hey babe I have thought about u so much im ready for u to be in my arms naked wish it was tomorrow but I know it will be Thursday I want to taste u so bad babe." Both LISA and ROBERTS expressed their excitement to meet each other through out the email chain. ROBERTS informed LISA he will be going to Florida over the weekend and will not be able to email her due to not bringing his computer with him.

12. .On or about 09-10 November 15, ROBERTS emailed LISA wishing her a good morning and asked about her weekend. ROBERTS and LISA conversed briefly, each expressing their excitement to see each other on 12 November 15 and going over preparations. ROBERTS affirmed he will bring wine and condoms for LISA and asked " u said u never been with a man before right I am going to be u first man to touch u".

13. On or about 12 November 2015, ROBERTS and LISA continued to make arrangements to meet at LISA's residence. LISA informed ROBERTS she would text him via cell phone closer to lunch time. At 1059 hours, LISA texted ROBERTS via the phone number he provided. ROBERTS stated he was in possession of the wine coolers, a condom, and agreed to buy LISA a hamburger, chicken fries and a diet coke from Burger King. ROBERTS arrived at what he believed to be LISA's residence, located on Robins Air Force Base, in the same vehicle AFOSI agents observed him operate on 30 October 15. ROBERTS was in possession of one condom, four cans of a strawberry alcoholic beverage and food from Burger King. ROBERTS' identity was visually confirmed by matching his visage with the picture he sent LISA and through the surveillance AFOSI conducted on ROBERTS on 30 October 15. AFOSI Agents also had ROBERTS confirm his date of birth and social security number. ROBERTS was advised of his rights IAW the 5th Amendment of the United States Constitution for the suspected violation of Title 18 USC 2422 (b). ROBERTS acknowledged understanding of his rights, declined legal counsel and agreed to answer questions and make statements about the offense. ROBERTS stated his intent was to come to the residence and perform oral sex on LISA and digitally penetrate her vaginally and anally. ROBERTS stated this was a mistake and

3

he was sorry and will never do this again. ROBERTS was arrested by the Federal Bureau of Investigations and transported to Jones County Detention Center.

14. Based on the email traffic, ROBERTS' initial attempt to meet LISA at Burger King on 30 October 2015, and ROBERTS arriving at what he believed to be LISA's residence for a sexual encounter on 12 November 2015, there is probable cause to believe ROBERTS committed an act in violation of Title 18, United States Code, Section 2422 (b) Attempted Online Enticement of a Minor.

Aaron C. Agrelius, SA, USAF
AFOSI Det 105, RAFB GA

SWORN TO and subscribed before me on the 12th day of November, 2015.

CHARLES H. WEIGLE
United States Magistrate Judge

4